PER CURIAM.
Affirmed. See E. B. Elliot Adv. Co. v. Metropolitan Dade County, 425 F.2d 1141 at 1153 (5th Cir. 1970); Merritt v. Peters, Fla.1953, 65 So.2d 861; International Company, Inc. v. City of Miami Beach, Fla. 1956, 90 So.2d 906; Dade County v. Gould, Fla. 1957, 99 So.2d 236; Lester v. City of St. Petersburg, Fla.App.1966, 183 So.2d 589; State v. City of Miami, Fla.App.1967, 193 So.2d 449; Rotenberg v. City of Fort Pierce, Fla.App. 1967, 202 So.2d 782.